FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0358

DAVID LOCKHART AND DOREEN
LOCKHART,

    Appellants/Cross-Appellees,

vs.

WESTVIEW MOBILE HOME PARK,
LLC,

    Appellee/Cross-Appellant.

**ORDER GRANTING EXTENSION
OF TIME**

The Court, having reviewed the Appellee/Cross-Appellant's Unopposed

Motion for Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee/Cross-

Appellant shall have up to and including February 27, 2023 to files its Answer

Brief to Appellants' Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022